UNITED STATES OF AMERICA
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
CLEVELAND FIELD OFFICE
ANTHONY J. CELEBREZZE FEDERAL OFFICE BUILDING
1240 EAST NINTH STREET, SUITE 3001
CLEVELAND, OHIO 44199

| | |
|---|---|
| Lora Freier-Heckler,<br>    Complainant<br><br>    v.<br><br>Robert Wilkie, Secretary,<br>U. S. Department of Veterans Affairs,<br>    Agency | ) EEOC No. 532-2018-00003X<br>)     532-2019-00042X<br>)     532-2019-00051X<br>) Agency No. 200H-0541-2017101773<br>)     200H-0541-2018105882<br>)     200H-0541-2018102512<br>) Judge Donna L. Williams-Alexander<br>) Date: November 19, 2019 |

## ORDER OF DISMISSAL

Complainant has withdrawn her Requests for Hearing in the above referenced matters. (See attached correspondence.)

Consequently, the Agency is directed to issue a Final Agency Decision.

It is so ORDERED.

For the Commission:    *Donna L. Williams-Alexander*
              Donna L. Williams-Alexander
              Administrative Judge
              Telephone: (216) 522-7454
              Facsimile: (216)522-7430
              e-mail:donna.williams-alexander@eeoc.gov

## CERTIFICATE OF SERVICE

For timeliness purposes, it shall be presumed that the parties received the foregoing Order of Dismissal within five (5) calendar days after the date it was sent via first class mail.

I certify that on November 19th, 2019 the foregoing was sent via first class mail to the following:

Dr. Lora Freier-Heckler
6775 Parkgate Oval
Seven Hills, Ohio 44131

Avery S. Friedman, Esq.
Avery Friedman & Associates
701 The City Club Building
850 Euclid Avenue
Cleveland, Ohio 44114-3358
*Counsel for Complainant*

Nicholas E. Kennedy, Esq.
Amber Groghan, Esq.
Department of Veterans Affairs
Office of District Counsel
Midwest District East
441 Wolf Ledges Parkway, Suite 403
Akron, Ohio 44311

Debra Walker
Hearings Administrative Assistant