IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LORA FREIER-HECKLER, | ) | Case No. 1:20-CV-00367 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| DENIS MCDONOUGH[1], SECRETARY, | ) | NOTICE OF FILING |
| DEPARTMENT OF VETERANS | ) | DEPOSITION TRANSCRIPT OF |
| AFFAIRS, et al., | ) | LORA FREIER-HECKLER |
| | ) | |
| Defendants. | ) | |

Now comes the Defendant, Denis McDonough, Secretary, Department of Veterans Affairs, by and through his undersigned counsel, and hereby gives notice that he is filing the deposition transcript of Lora Freier-Heckler, taken on October 19, 2021.

---

[1] Secretary of Veterans Affairs Denis McDonough assumed office on February 9, 2021 and pursuant to Fed. R. Civ. P. 25(d), is automatically substituted as the defendant in this matter.

Respectfully submitted,

BRIDGET M. BRENNAN
United States Attorney

By: /s/ *Rema A. Ina*
　　Sara E. DeCaro (0072485)
　　Rema A. Ina (0082549)
　　Assistant United States Attorneys
　　United States Court House
　　801 West Superior Ave., Suite 400
　　Cleveland, OH 44113
　　(216) 622-3670 (DeCaro)
　　(216) 622-3723 (Ina)
　　(216) 522-4982 (Fax)
　　Sara.DeCaro@usdoj.gov
　　Rema.Ina@usdoj.gov

*Counsel for Defendant*